UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICIA BINION WILLIAMS,<br>420 Oglethorpe Street, NW<br>Washington, D.C. 20011<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HON. BERYL A. HOWELL and<br>HON. RUDOLPH CONTRERAS,<br>U.S. District Court for the District of Columbia<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001<br><br>　　　　　Defendants. | Civil Action No. 23-0312 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendants Chief Judge Beryl A. Howell and Judge Rudolph Contreras, (collectively, "Defendants"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon.

1. Defendants are in receipt of a Complaint in the case *Felicia Binion Williams v. Honorable Beryl A. Howell et al.*, Civil Action No. 2022 CA 006038 B, filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on or around December 28, 2022. Plaintiff apparently filed an amended complaint thereafter. There is no evidence showing that the complaint and summons were properly served upon Defendants under D.C. Superior Court Rule 4(i) or its equivalent Federal Rule of Civil Procedure 4(i). Defendants received a summons and an incomplete copy of the complaint on or about January 4, 2023, via certified mail, but Plaintiff may not validly effect service because she is a party to the action and service of part of the complaint is invalid. Superior Court Rule 4(c)(2); Fed. R. Civ. P. 4(c)(2). As of the filing of

this Notice of Removal, the Civil Process Clerk for the U.S. Attorney's Office has not received anything relating to the case pending in the Superior Court. A copy of the Complaint is attached hereto as Exhibit A.

2. Removal of this case is appropriate pursuant to 28 U.S.C. § 1442(a) because Defendants are federal judges who are officers of the United States being sued for acts or omissions in carrying out their duties. *See Jefferson Cty, Ala. v. Acker*, 527 U.S. 423, 431 (1999) (holding that county tax collection suit brought against federal judges was properly removed from state to federal court).

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: February 3, 2023
      Washington, DC

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. Bar #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    By:     */s/ Jane M. Lyons*
    JANE M. LYONS, D.C. Bar #451737
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Phone: (202) 252-2540
    jane.lyons@usdoj.gov

    *Attorneys for the United States of America*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on February 3, 2023, I caused a copy of the foregoing Notice of Removal of Civil Action to be served by sending a duplicate through the United States Postal Service with prepaid first class postage and addressed to:

> FELICIA BINION WILLIAMS
> 420 Oglethorpe Street, NW
> Washington, D.C.  20011

> /s/ Jane M. Lyons
> JANE M. LYONS
> Assistant United States Attorney